David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Shawn Eldridge (276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLLECTO INC., dba EOS, CCA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIE KHATKAR, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| COLLECTO, INC. dba EOS CCA, and DOES 1-10, inclusive, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant COLLECTO, INC., dba EOS CCA ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On October 27, 2016, Plaintiff SANDIE KHATKAR ("Plaintiff") filed a civil action in the Fresno County Superior Court, entitled *Sandie Khatkar v. Collecto, Inc. dba EOS CCA and DOES 1-10, inclusive,* Case No. 9000218. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

2. Plaintiff's Complaint was served on Defendant by regular mail on November 18, 2016.

3. This Notice of Removal is timely filed within the 30-day removal period pursuant to 28 USC § 1446(b).

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C §1692, *et seq.*). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff states in the Complaint that "[t]his is an action for damages brought by an individual consumer for Defendant's violations of… the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq...* (Complaint ¶ 1). The Court has supplemental jurisdiction over the other claims in the complaint.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: December 19, 2016    By:    s/ Shawn Eldridge
David J. Kaminski
Shawn Eldridge
Attorneys for Defendant,
COLLECTO, INC. dba EOS CCA

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2016, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via District Court CM/ECF on the following:

Paul Mankin, Esq.
THE LAW OFFICE OF L. PAUL MANKIN
4655 Cass St, Suite 112
San Diego, CA 92109
Tel: (800)219-3577
Fax: (323)207-3885
Email: pmankin@paulmankin.com

                                                CARLSON & MESSER LLP

                                                /s/ Shawn Eldridge
                                                Shawn Eldridge
                                                Attorney for Defendant
                                                COLLECTO, INC. dba EOS, CCA