Lee Paul Mankin, IV
pmankin@paulmankin.com
**LAW OFFICE OF L. PAUL MANKIN IV**
4655 Cass Street
Suite 112
San Diego, CA 92109
Tel: 800-219-3577
Fax: 323-207-3885

Attorney for Plaintiff
SANDIE KHATKAR

David J. Kaminski (SBN 128509)
KaminskiD@cmtlaw.com
Shawn Eldridge (276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
COLLECTO INC., dba EOS, CCA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIE KHATKAR,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COLLECTO, INC. dba EOS CCA, and DOES 1-10, inclusive,<br><br>　　　　Defendant. | Case No. 1:16-cv-01888-LJO-BAM<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Removed:　December 19, 2016<br>Current Response Due:　January 17, 2017<br>New Response Deadline:　January 31, 2017 |

　　　IT IS HEREBY STIPULATED between Plaintiff SANDIE KHATKAR ("Plaintiffs") and Defendants COLLECTO INC., dba EOS, CCA ("Defendant"), through their respective counsel, as follows:

　　　WHEREAS, Defendant removed the Complaint on December 19, 2016;

{

WHEREAS, a Stipulation to Extend Time to Answer was filed on December 21, 2016, extending the deadline for Defendant to respond to January 17, 2017 [ Docket No. 5];

WHEREAS, Defendant, due to the press of business, needs additional time to review documents to assist in an early resolution of the entire matter;

WHEREAS, Plaintiff and Defendant (hereinafter referred to as "Parties") have met and conferred and agree good cause exists to extend the deadline for Defendant to respond to Plaintiff's Complaint to January 31, 2017;

WHEREAS, no party claims prejudice as a result of the extension of time;

WHEREFORE, the Parties stipulate and agree that Defendant shall have an extension of time up to and including January 31, 2017 within which to respond to Plaintiff's Complaint.

**LAW OFFICE OF L. PAUL MANKIN**

Dated:  January 17, 2017        By: /s/ L. Paul Mankin
                                    L. Paul Mankin
                                    Attorney for Plaintiff
                                    SANDIE KHATKAR


**CARLSON & MESSER, LLP**

Dated: January 17, 2017         By: /s/ Shawn Eldridge
                                    David J. Kaminski
                                    Shawn Eldridge
                                    Attorneys for Defendant
                                    COLLECTO INC. dba EOS, CCA

**ORDER**

**IT IS SO ORDERED THAT** the Parties stipulate and agree that Defendant shall have an extension of time up to and including January 31, 2017 within which to respond to Plaintiff's Complaint.

Dated:  **January 18, 2017**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE