David J. Kaminski (SBN 128509)
Kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
Eldridges@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO INC., dba EOS CCA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIE KHATKAR, | CASE NO. 1:16-cv-01888-LJO-BAM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| COLLECTO, INC. DBA EOS CCA | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff SANDIE KHATKAR ("Plaintiff") and Defendant COLLECTO, INC. dba EOS CCA ("Defendant") have reached a settlement. The parties anticipate filing a joint motion dismissing the entire case with prejudice within 60 days.

/ / /

/ / /

/ / /

/ / /

/ / /

Because Plaintiff has reached a settlement with Defendant in this case, Defendant respectfully requests that all pleadings and filing requirements applicable to this case, as well as any scheduled hearings.

DATED:  January 30, 2017

**CARLSON & MESSER LLP**

By: /s/ Shawn S. Eldridge
David J. Kaminski
Shawn S. Eldridge
Attorneys for Defendant,
COLLECTO, INC. dba EOS CCA

# CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2017, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was served via the District Court ECF on the following:

Lee Paul Mankin, IV
Law Offices of L. Paul Mankin IV
4655 Cass Street, Suite 112
San Diego, CA 92109
800-219-3577
Fax: 323-207-3885
Email: pmankin@paulmankin.com

                                                              CARLSON & MESSER, LLP

Dated: January 30, 2017        By: /s/ Shawn Eldridge
                                                      David J. Kaminski
                                                      Shawn Eldridge
                                                      Attorneys for Defendant
                                                      COLLECTO INC. dba EOS CCA